## MAYFIELD *vs.* CORMIER & AL.

The purchase of property at a public sale, where all the legal formalities of the sale have not been observed, is invalid and gives no title.

Where one of the notices of the sale is directed

APPEAL from the court of the fifth district, the judge of the district presiding.

MARTIN, J. delivered the opinion of the court. This cause was remanded last year from this court, with directions not to reject evidence on the part of the intervening party,

that the property claimed by the plaintiff was not advertised, according to law.

The district court tried the cause anew, gave judgment against the plaintiff, and he appealed.

The statement of facts does not shew, that the legal formalities were all complied with, at the sale at which the plaintiff bought the property he claims. It does not appear to have been advertised at the church door. The principles of law, applicable to this case, were considered at full length in the opinion we gave in the cause last year, and it is unnecessary to repeat them here.

It is therefore ordered, adjudged and decreed, that the judgment of the district court be affirmed, with costs.

*Brownson* for the plaintiff, *Simon* for the defendant.

West'n. District.
*Sept'r.* 1829.

MAYFIELD
*vs.*
CORMIER & AL.

to be put up on the church door, an omission to comply with such direction will vitiate such sale.